UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| SCOTT M. RUSHINSKY, | ) |
| Plaintiff, | ) |
| | ) No. 4:11 CV 44 |
| v. | ) |
| ABB, INC., | ) |
| Defendant. | ) |

### O R D E R

Scott M. Rushinsky, a *pro se* plaintiff, was granted "to and including October 13, 2011, to file a properly completed amended complaint and *in forma pauperis* petition . . . ." (DE # 3.) He was cautioned that if he did not respond by that date, this case would be dismissed without further notice. That deadline has now passed, but Rushinsky has not responded.

For the foregoing reasons, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Date: October 17, 2011

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT